**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**MAR 3 1 2009**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,  )
)
)
)
v.                         )  **Criminal No. 09-cr-53 (ESH)**
)
JACOB AJOMALE,             )
)
            Defendant.     )
_____)

## ORDER

In a hearing before Magistrate Judge Facciola on March 17, 2009, defendant Jacob Ajomale entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   March 30, 2009